

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE
### 411 WEST FOURTH STREET
### SANTA ANA, CALIFORNIA 92701-4516

CHAMBERS OF
**ANDREW J. GUILFORD**
UNITED STATES DISTRICT JUDGE

TELEPHONE
(714) 338-4710



August 19, 2008

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:   Guilford Calendar Year 2007 Filing

Dear Judge Smith,

Thank you for your helpful July 17, 2008 letter sent July 21 and received July 23 concerning my May 15, 2008 report.  Enclosed are four copies of my report *with an amendment only to page 4, Section VII, line 12, Columns A and B.*

On becoming a judge after 31 years at my prior law firm, I have been working to understand and simplify aspects of my retirement plan.  I remain uncertain about the reportability aspects of the subject asset, which my accountant has now informed me is a pension vehicle my prior firm implemented to supplement its retirement plan.  Nevertheless, I have found it easier and best to simply report the asset in 2007 for the first time.

I appreciate your careful assistance in helping me correctly respond to the sometimes confusing requirements in my time of transition.



Andrew J. Guilford
United States District Judge

cc: Four copies of amended May 15, 2008 report

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Guilford, Andrew J | 2. Court or Organization U.S. District Court-CA-C | 3. Date of Report 05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address U.S. Courthouse 411 W. Fourth Street, #10160 Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Bar Association, Orange County Chapter |
| 2. Board Member | Western Justice Center Foundation |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE

2008 AUG 26 A 9: 51

RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Sheppard, Mullin, Richter & Hampton, LLP, retirement benefits, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 10/2006 | The Rutter Group (Thomson), Continuing Legal Education, "Civil Procedure Before Trial" | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Cary Sarnoff | Ticket to Ducks Hockey Game (refused reimbursement check) | ? |
| 2. | American College of Trial Lawyers | Membership | $ 600 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J | 05/15/2008 |

*Line 12 amended 8/20/08

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. | Bank of America - Cert. of Deposit | D | Interest | N | T | | | | | |
| 3. | IDS Universal Life Policy | A | Interest | K | T | | | | | |
| 4. | RVS Cash Management Fund | A | Dividend | J | T | | | | | |
| 5. | SHEPPARD MULLIN PTNRS 401K | | | | | | | | | |
| 6. | -American Funds US Govt. Secur A | | None | J | T | Sell | 12/26 | M | | |
| 7. | -Scudder Dreman Sm Cap Fund A | | None | J | T | Sell | 12/26 | L | | |
| 8. | -Dreyfus S&P 500 Index Fund | | None | J | T | Sell | 12/26 | L | | |
| 9. | -Dodge & Cox Balanced Fund | | None | J | T | Sell | 12/26 | L | | |
| 10. | -American Funds Bond Fund A | | None | J | T | Sell | 12/26 | M | | |
| 11. | -American Funds Cash Mgmt Trust | | None | J | T | Sell | 12/26 | N | | |
| 12. | SMRH Cash Balance Plan (Y) | D | Interest | M | T | | | | | |
| 13. | Thrift Savings Plan | | None | P1 | T | Buy | 12/26 | P1 | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544